UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 06-0018** |
| **MARGARET TORRES** | **SECTION "K" (3)** |

## ORDER

A hearing was held on this date to discuss defendant's Motion to Suppress (Rec. Doc. No. 12). For the reasons stated orally on the Record, defendant's Motion to Suppress is hereby **DENIED**.

Signed this 24th day of March, 2006 in New Orleans, Louisiana.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE